UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

***DOCUMENT ELECTRONICALLY FILED***

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
JUN 24 2010
AT____ O'CLOCK____
Lawrence K. Baerman, Clerk - Syracuse

------------------------------X

JEAN GENIER,

Plaintiff,

- against -

MICHAEL J. ASTRUE,
COMMISSIONER
OF SOCIAL SECURITY,

Defendant.

------------------------------X

Civil Action 10-0240

**CONSENT ORDER TO REMAND PURSUANT TO SENTENCE 4 OF 42 U.S.C. § 405(g)**

This matter having been opened to the Court by RICHARD S. HARTUNIAN, United States Attorney for the Northern District of New York, and Kimberly L. Schiro, Special Assistant United States Attorney, attorneys for the Defendant, for an Order remanding the within cause of action to the Defendant for further administrative proceedings pursuant to sentence 4 of 42 U.S.C. § 405(g); and Plaintiff, through the undersigned attorney, having consented to the within order and the requested remand, and the Court having considered the matter, so that further administrative action may be taken;

IT IS on this 24 day of June, 2010;

ORDERED that this matter be, and the same hereby is, REMANDED to the Defendant for further administrative proceedings, and it is further

ORDERED that the within matter be, and hereby is, DISMISSED in accord with the decision in Melkonyan v. Sullivan, 111 S. Ct. 2157 (1991).

[signature]

Norman A. Mondue, District Judge
United States District Court

The undersigned hereby consent to the form and entry of the within order.

RICHARD S. HARTUNIAN
United States Attorney
Northern District of New York

By: /s/
Kimberly L. Schiro
Special Assistant U.S. Attorney

LAW OFFICE OF MARK SCHNEIDER

By: /s/
Mark Schneider, Esq.
Attorney for Plaintiff