UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
JEAN GENIER,

                Plaintiff,

          Civil Action No. 10-0240

   v.

COMMISSIONER OF SOCIAL
SECURITY,

                Defendant.

**CONSENT ORDER FOR PAYMENT OF FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT**

------------------------------------------------------X

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
JUL - 8 2010
AT_____ O'CLOCK_____
Lawrence K. Baerman, Clerk - Syracuse

      IT IS HEREBY STIPULATED AND AGREED by the undersigned attorneys for the parties in the above-titled action that plaintiff be awarded attorney fees and costs under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, in the amount of $5,596.80 in fees, in full satisfaction of any claim for fees, costs and other expenses pursuant to the EAJA,

      AND, the Court having reviewed the record in this matter;

IT IS on this 8th day of July , 2010;

      ORDERED that plaintiff be awarded fees and costs under EAJA in the amount of $5,596.80.

*[signature]*
Norman A. Mondue
United States District Court Chief Judge

The undersigned hereby consent to the form and entry of the within order.

                          RICHARD S. HARTUNIAN
                          United States Attorney
                          Northern District of New York

By:          /s/
                          Kimberly L. Schiro
                          Special Assistant U.S. Attorney


                          LAW OFFICE OF MARK SCHNEIDER

By:          /s/
                          Mark Schneider, Esq.
                          Attorney for Plaintiff