# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT ON ATTORNEY FEES IN A CIVIL CASE

_____

**JEAN GENIER**

       vs.                                  **CASE NUMBER: 8:10-CV-240**
                                                         **(NAM/DRH)**

**MICHAEL ASTRUE,**
**Commissioner of  Social Security**

_____

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that pursuant to the Consent Order entered in this action this matter is REMANDED to the Commissioner for further administrative proceedings in accordance with Sentence 4 of 42 U.S.C. § 405(g). This action is DISMISSED in accord with the decision in Melkonyan v. Sullivan, 111 S. Ct. 2157 (1991).

**IT IS FURTHER ORDERED** that in accordance with the Consent Order for Payment of Fees Pursuant to the Equal Access to Justice Act Plaintiff is awarded $5,596.80 in fees, in full satisfaction of any claim for fees, costs and other expenses.

All of the above pursuant to the Consent Orders of the Honorable Chief United States District Judge Norman A. Mordue, dated the 24th day of June, 2010 and the 8th day of July 2010.


DATED: July 9, 2010

_Lawrence K. Baerman_
Clerk of Court


s/ Melissa Ennis
_____
Melissa Ennis
Deputy Clerk